**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Robert L. JONES, Defendant–**
**Appellant.**

**No. 07–50065**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Robert L. Jones appeals the sentence imposed following revocation of his term of supervised release. Jones argues that his 36–month imprisonment sentence is unreasonable because it is above the advisory guidelines range and the sentencing factors cited by the district court can be satisfied with a shorter sentence.

The district court properly considered the 18 U.S.C. § 3553(a) factors when imposing Jones' sentence. *See United States v. Gonzalez,* 250 F.3d 923, 930 (5th Cir. 2001). The sentence is neither unreasonable nor plainly unreasonable. *See United States v. Hinson,* 429 F.3d 114, 120 (5th Cir.2005).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.